■ BESSIE HOROWITZ, Respondent, v. HYMEN HOROWITZ, Appellant.— In an action by a wife for a separation on the grounds of cruelty and nonsupport, the husband appeals: (1) from a judgment of the Supreme Court, Orange County, made November 24, 1958, after trial, granting the wife a separation, alimony and counsel fee; and (2) from the court's denial of a motion made during the trial to dismiss the complaint. Judgment affirmed, with costs. No opinion. Appeal from the denial of the motion to dismiss the complaint, dismissed, without costs. No separate appeal lies from a ruling made during the course of a trial, which was reviewed upon the appeal from the judgment. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of ANTHONY DE MARCO et al., Respondents, against JOSEPH E. FITZGERALD et al., Constituting the Zoning Board of Appeals of the Incorporated Village of Manorhaven, Appellants.— In a proceeding pursuant to article 78 of the Civil Practice Act to review the revocation of a building permit by the Zoning Board of Appeals of the Incorporated Village of Manorhaven, the board appeals from an order of the Supreme Court, Nassau County, entered September 8, 1959, which annulled its determination and directed it to reinstate the building permit upon compliance with a specified condition. Order reversed on the law and the facts, without costs, determination of the board reinstated, and proceeding dismissed, without costs. Findings of fact insofar as they may be inconsistent herewith are reversed, and new findings are made as indicated herein. The determination of the board was not unreasonable or capricious. It was within its province to find that the permit had been illegally granted (*Matter of Levy* v. *Board of Stds. & Appeals,* 267 N. Y. 347, 351). No vested right accrued by reason of the issuance of the permit (*Marcus* v. *Village of Mamaroneck,* 283 N. Y. 325, 330; *Matter of Kaltenbach* v. *Board of Stds. & Appeals,* 274 N. Y. 34; *Matter of Colonial Beacon Oil Co.* v. *Finn,* 245 App. Div. 459, affd. 270 N. Y. 591). Furthermore, by their failure to serve a reply, petitioners are deemed to have admitted the new matter alleged in the answer (Civ. Prac. Act, § 1292). Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur. [20 Misc 2d 457.]

■ In the Matter of the Estate of VINCENT KURPES, Deceased. ANNE R. BAXTER, as Administratrix of the Estate of VINCENT KURPES, Deceased, Appellant; LEOCADIA BILL, Respondent.— In a proceeding to discover property alleged to be wrongfully withheld by respondent, the administratrix c. t. a., petitioner, appeals from a decree of the Surrogate's Court, Queens County, dated June 22, 1959, dismissing the proceeding on the merits after trial. Decree affirmed, with costs. No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. [21 Misc 2d 649.]